## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RELIASTAR LIFE INSURANCE COMPANY**　　　　　　　**PLAINTIFF/
COUNTER-
DEFENDANT**

**v.**　　　　　　　　**No. 4:23-cv-1053-DPM**

**CONNIE ROBINSON**　　　　　　　　　**DEFENDANT/
CROSS-DEFENDANT**

**v.**

**AMANDA ROBINSON**　　　　　　　　　**DEFENDANT/
CROSS-CLAIMANT/
COUNTER-
CLAIMANT**

**v.**

**REBECCA L. ROBINSON;  NATHAN
ROBINSON;  WILLIAM R. ROBINSON;
CYNTHIA L. WIRZFIELD;  and ALVIN
E. HOLTZ**　　　　　　　　　　　　　**DEFENDANTS**

### ORDER

Motions for entry of default, *Doc. 16, 17, 18, 19 & 20*, noted. ReliaStar didn't state by affidavit, or another acceptable paper, whether Alvin Holtz, Cynthia Wirzfield, Nathan Robinson, Rebecca Robinson, and William Robinson are in military service, as required by 50 U.S.C. § 3931(b)(1) & (4).  Please file a global addendum addressing this issue

as soon as practicable.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

*17 April 2024*