## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **RELIASTAR LIFE INSURANCE COMPANY** | **PLAINTIFF/ COUNTER-DEFENDANT** |

**v.**                          **No. 4:23-cv-1053-DPM**

| | |
|---|---|
| **CONNIE ROBINSON** | **DEFENDANT/ CROSS-DEFENDANT** |

**v.**

| | |
|---|---|
| **AMANDA ROBINSON** | **DEFENDANT/ CROSS-CLAIMANT/ COUNTER-CLAIMANT** |

**v.**

| | |
|---|---|
| **REBECCA L. ROBINSON;  NATHAN ROBINSON;  WILLIAM R. ROBINSON; CYNTHIA L. WIRZFIELD;  and ALVIN E. HOLTZ** | **DEFENDANTS** |

### ORDER

Amended motions for entry of default, *Doc. 23, 24, 25, 26 & 27*, granted.  The Court directs the Clerk to enter a Clerk's default against Alvin E. Holtz, Cynthia L. Wirzfield, Nathan Robinson, Rebecca L. Robinson, and William R. Robinson.  Fed. R. Civ. P. 55(a).  Motions, *Doc. 16, 17, 18, 19 & 20*, denied as moot.

So Ordered.

D.P. Marshall Jr.
United States District Judge

29 April 2024