**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RELIASTAR LIFE INSURANCE COMPANY** — **PLAINTIFF/ COUNTER-DEFENDANT**

**v.** **No. 4:23-cv-1053-DPM**

**CONNIE ROBINSON** — **DEFENDANT/ CROSS-DEFENDANT**

**v.**

**AMANDA ROBINSON** — **DEFENDANT/ CROSS-CLAIMANT/ COUNTER-CLAIMANT**

**v.**

**REBECCA L. ROBINSON; NATHAN ROBINSON; WILLIAM R. ROBINSON; CYNTHIA L. WIRZFIELD; and ALVIN E. HOLTZ** — **DEFENDANTS**

**ORDER**

Unopposed motion, *Doc. 44*, granted. The Court authorizes the Clerk to accept $250,000, plus accrued interest, from ReliaStar Life Insurance Company, and to retain those funds until further notice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 May 2025