IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY | PLAINTIFF/COUNTER DEFENDANT |
| v.  No. 4:23-cv-1053-DPM | |
| CONNIE ROBINSON | DEFENDANT/CROSS DEFENDANT |
| v. | |
| AMANDA ROBINSON | DEFENDANT/CROSS CLAIMANT/COUNTER CLAIMANT |
| v. | |
| REBECCA L. ROBINSON; NATHAN ROBINSON; WILLIAM R. ROBINSON; CYNTHIA L. WIRZFIELD; and ALVIN E. HOLTZ | DEFENDANTS |

ORDER

ReliaStar moves unopposed to be discharged from liability and dismissed from this interpleader case. It also seeks attorney's fees and costs.

ReliaStar already deposited Mark Robinson's life insurance policy proceeds, plus interest, into the Court's registry. *Doc. 45*. It has met all the requirements for interpleader relief; it's now disinterested; and the Court therefore dismisses it from this action with prejudice. Fed. R.

Civ. P. 22. ReliaStar is discharged from any liability relating to life insurance policy number AD20464888 issued to the late Mark Robinson. While ReliaStar has proceeded with a Rule-22-based action, rather than a statutory one based on 28 U.S.C. § 2361, it has sought an injunction against other lawsuits about this policy from the start. *Doc. 1 at 6*. All parties were on notice of this request. The Court knows of no other pending cases about this policy. And the Court agrees that none should be filed hereafter. The Court therefore permanently enjoins the seven named defendants (Connie Robinson, Amanda Robinson, Rebecca L. Robinson, Nathan Robinson, William R. Robinson, Cynthia L. Wirzfield, and Alvin E. Holtz) from prosecuting any action against ReliaStar about policy AD20464888. 28 U.S.C. § 2361.

ReliaStar is also entitled to a reasonable attorney's fee and costs incurred. It submitted an itemized bill. ReliaStar requests $9,536 in fees and $402 for the filing fee, which is a recoverable cost. *Doc. 61*. Some of the hourly rates are a bit high for this district, and precedent contemplates a modest rate. *E.g., Federated Mutual Insurance Co. v. Moody Station and Grocery*, 821 F.3d 973, 979 (8th Cir. 2016); *Hunter v. Federal Life Insurance Co.*, 111 F.2d 551, 557 (8th Cir. 1940). But no party has objected to the fee; ReliaStar discounted the time actually spent; and the request is less than 4% of the $250,000 death benefit. All material things considered, the Court exercises its discretion and awards ReliaStar a reasonable fee of $9,536 and costs of $402 for a total

of $9,938.   *Federated Mutual Insurance Co.*, 821 F.3d at 979; *Hunter*, 111 F.2d at 557.

Motion, *Doc. 50*, granted.  The Court directs the Clerk to disburse $9,938 from the registry to ReliaStar.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 November 2025