IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY | PLAINTIFF/COUNTER DEFENDANT |
| v.   No. 4:23-cv-1053-DPM | |
| CONNIE ROBINSON | DEFENDANT/CROSS DEFENDANT |
| v. | |
| AMANDA ROBINSON | DEFENDANT/CROSS CLAIMANT/COUNTER CLAIMANT |
| v. | |
| REBECCA L. ROBINSON; NATHAN ROBINSON; WILLIAM R. ROBINSON; CYNTHIA L. WIRZFIELD; and ALVIN E. HOLTZ | DEFENDANTS |

ORDER

Good cause is a capacious concept. Amanda Robinson was not diligent in meeting the Scheduling Order's deadline for filing dispositive motions. Connie Robinson was. Amanda's lack of diligence weighs against allowing her to file a late motion for summary judgment. *Sherman v. Winco Fireworks, Inc.*, 532 F.3d 709, 716–17 (8th Cir. 2008). But she is correct that this dispute about life insurance proceeds does seem, based on the pleadings and Connie's motion, to be

one where no material facts are disputed and the questions are legal. After considering Connie's motion in depth, the Court could give notice that it was considering granting Amanda judgment, allow the parties to be heard, and then rule. Fed. R. Civ. P. 56(f)(1). Allowing a belated motion from Amanda now gives both sides more opportunity to be heard fully. If the case can be resolved one way or the other on cross motions, there will be no need for a trial seven months from now. *Doc. 28 at 2.* The possibility that it can, plus the lack of prejudice, is good cause for accepting Amanda's late motion.

Opposed motion, *Doc. 57*, granted. Fed. R. Civ. P. 16(b)(4). Amanda's motion for summary judgment due by 4 December 2025. Final Scheduling Order, *Doc. 28*, amended.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 November 2025