IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RELIASTAR LIFE INSURANCE                        PLAINTIFF/COUNTER
COMPANY                                                           DEFENDANT

v.                              No. 4:23-cv-1053-DPM

CONNIE ROBINSON                                  DEFENDANT/CROSS
                                                                    DEFENDANT

v.

AMANDA ROBINSON                                  DEFENDANT/CROSS
                                                    CLAIMANT/COUNTER
                                                                      CLAIMANT

v.

REBECCA L. ROBINSON;  NATHAN
ROBINSON;  WILLIAM R. ROBINSON;
CYNTHIA L. WIRZFIELD;  and ALVIN E.
HOLTZ                                                              DEFENDANTS

## ORDER

The Clerk alerted the Court to an error. In the Court's Order, *Doc.* 45, it did not specify that the funds should be deposited in an interest-bearing account, as ReliaStar requested. The $250,000 has been held in a non-interest-bearing account. The Court apologizes for its omission. It directs the Clerk to move the $250,000 into an interest-bearing account pending further orders from the Court.

-2-

So Ordered.

_D.P. Marshall Jr._

D.P. Marshall Jr.
United States District Judge

10 February 2026