# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY | PLAINTIFF/COUNTER DEFENDANT |

v.                          No. 4:23-cv-1053-DPM

| | |
|---|---|
| CONNIE ROBINSON | DEFENDANT/CROSS DEFENDANT |

v.

| | |
|---|---|
| AMANDA ROBINSON | DEFENDANT/CROSS CLAIMANT/COUNTER CLAIMANT |

v.

| | |
|---|---|
| REBECCA L. ROBINSON;  NATHAN ROBINSON;  WILLIAM R. ROBINSON; CYNTHIA L. WIRZFIELD;  and ALVIN E. HOLTZ | DEFENDANTS |

## JUDGMENT

Amanda Robinson is sole the beneficiary of Mark Robinson's life insurance policy. The Court directs the Clerk to pay her all of the policy proceeds in the Court's registry. The Court also directs the Clerk to make a docket entry with the payment details. This case is dismissed with prejudice but the Court retains jurisdiction until 7 July 2026 to resolve any payment-related issues.

-2-

D.P. Marshall Jr.
United States District Judge

7 May 2026