IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RELIASTAR LIFE INSURANCE                    PLAINTIFF/COUNTER
COMPANY                                                          DEFENDANT

v.                             No. 4:23-cv-1053-DPM

CONNIE ROBINSON                             DEFENDANT/CROSS
                                                                        DEFENDANT

v.

AMANDA ROBINSON                             DEFENDANT/CROSS
                                                   CLAIMANT/COUNTER
                                                                        CLAIMANT

v.

REBECCA L. ROBINSON;  NATHAN
ROBINSON;  WILLIAM R. ROBINSON;
CYNTHIA L. WIRZFIELD;  and ALVIN E.
HOLTZ                                                              DEFENDANTS

ORDER

1. Amanda Robinson's petition for withdrawal and disbursement, *Doc. 75*, is granted.  The Court directs the Clerk to pay the life insurance policy proceeds in the Court's registry to "David C. Hawkey IOLTA Trust Account".

2. Amanda's motion for attorney's fees, *Doc. 76*, is denied. Connie's argument for a share of the policy proceeds was creative, but not frivolous.  Ark. Code Ann. § 16-22-309(b);  *City of Fort Smith v.*

–2–

*Didicom Towers, Inc.*, 362 Ark. 469, 478–79, 209 S.W.3d 344, 351–52 (2005).

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_____11 June 2026_____